AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GLOBAL ULTIMATE'S, LLC, a Washington
limited liability company, dba FAT DADDIO'S,

                Plaintiff,

     v.

KAYE HARTMAN and JOHN DOE HARTMAN, a
marital community, dba PETAL CRAFTS,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-106-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that based upon the Stipulation of the parties, judgment is entered dismissing the Complaint in this matter and the claims therein without prejudice and without costs.

November 16, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Pam Howard